NOTE: Thiss order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re GOOGLE LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Petitioners*

---

2025-144

---

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01464 and IPR2024-01465.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Upon consideration of Google LLC, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s petition for a writ of mandamus,

It Is Ordered That:

The Acting Director of the United States Patent and Trademark Office and Cerence Operating Co. are directed to file separate responses to the petition no later than ten days from the date of entry of this order. Petitioners may

submit a single, joint reply in support no later than three days from the date of service of the last-filed response.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 20, 2025
     Date