2025–144

# United States Court of Appeals for the Federal Circuit

In re Google LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.

*Petitioners*

On petition for writ of mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01464, IPR2024-01465

**Response to the Acting Director's Motion for Extension of Time to File Response**

Ali R. Sharifahmadian
Arnold & Porter Kaye
  Scholer LLP
601 Massachusetts Ave. N.W.
Washington, D.C. 20001
Ali.Sharifahmadian@arnoldporter.com
(202) 942–6370

*Counsel for Petitioners Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

Nathan K. Kelley
Jonathan I. Tietz
Perkins Coie LLP
700 Thirteenth Street N.W., Suite 800
Washington, D.C. 20005
NKelley@perkinscoie.com
(202) 654–6200

Andrew T. Dufresne
Perkins Coie LLP
33 East Main Street, Suite 201
Madison, Wisconsin 53703
ADufresne@Perkinscoie.com
(608) 663–7460

*Counsel for Petitioner Google LLC*

August 25, 2025

## Certificate of Interest for petitioner Google LLC

I certify that the information below is complete to the best of my knowledge.

Date: August 25, 2025             Signature: /s/Nathan K. Kelley

                                  Name:      Nathan K. Kelley

| 1. Represented Entity | 2. Real Party in Interest | 3. Parent Corporations and 10% Stockholders |
|---|---|---|
| Google LLC | None | XXVI Holdings Inc.; Alphabet Inc. |
|  |  |  |

| 4. Other Legal Representatives |
|---|
| O'Melveny & Myers LLP: Benjamin M. Haber; Jeff Baxter; Argirenia Zervos; Kyla Butler |
| Arnold & Porter Kaye Scholer LLP: Patrick Reidy; Albert J. Boardman; Douglas L. Clark |

| 5. Related Cases |
|---|
| *See* separate notice. |

| 6. Organizational Victims and Bankruptcy Cases |
|---|
| None |

# Certificate of Interest for petitioners Samsung Electronics Co., Ltd. Samsung Electronics America, Inc.

I certify that the information below is complete to the best of my knowledge.

Date: August 25, 2025    Signature:    /s/Ali R. Sharifahmadian

                         Name:         Ali R. Sharifahmadian

| 1. Represented Entity | 2. Real Party in Interest | 3. Parent Corporations and 10% Stockholders |
|---|---|---|
| Samsung Electronics Co., Ltd. | None | N/A |
| Samsung Electronics America, Inc. | | Samsung Electronics Co. Ltd. |

**4. Other Legal Representatives**

O'Melveny & Myers LLP: Benjamin M. Haber; Jeff Baxter; Argirenia Zervos; Kyla Butler

Arnold & Porter Kaye Scholer LLP: Patrick Reidy; Albert J. Boardman; Douglas L. Clark

**5. Related Cases**

*See* separate notice.

**6. Organizational Victims and Bankruptcy Cases**

None

## Argument

Google LLC, Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc. (Petitioners) respectfully request that this Court deny the Acting Director's motion to extend by 30-days the 10-day expedited period this Court ordered for filing a response to Petitioners' Petition for a Writ of Mandamus. Alternatively, Petitioners request this Court order the modified briefing schedule outlined below.

The Acting Director's motion fails to adequately justify quadrupling the expedited 10-day period this Court ordered for it to respond to a petition that raises similar issues to those the Acting Director has already briefed in two separate matters. *See* Acting Director's Response to Petitions for Mandamus, *In re SAP Am., Inc.*, No. 25-132 (Fed. Cir. July 18, 2025), ECF No. 39; Acting Director's Response to Petition for Writ of Mandamus, *In re Motorola Sols., Inc.*, No. 25-134 (Fed. Cir. Aug. 4, 2025), ECF No. 18. Both of those other petitions are fully briefed, with briefing in *In re SAP* completed over a month ago. A lengthy delay here may prejudice Petitioners because it increases the likelihood that a decision in those other matters that may affect this case will

be made without consideration of Petitioners' arguments. And weeks of delay will result in more discretionary denials—this week alone, Samsung received six more discretionary denials.

The government's motion cites no conflicts or deadlines impacting the attorneys of record for the Acting Director, nor any specific justification for its request. Instead, it refers only to the "very heavy workloads" of the Department of Justice and the need to ensure proper time for review. Mot. at 1. That generic reference to the need for more time fails to "state with particularity the grounds" for seeking to expand a 10-day period by 30 days. Fed. R. App. P. 27(a)(1).

Petitioners do not question that there are complications involved in internal government review. With two separate parties represented by separate counsel, Petitioners face similar complications. Moreover, the Acting Director's requested due date will shift Petitioners' 3-day period for reply such that it falls mostly over a weekend and results in a due date two days before undersigned counsel for Google has another argument before this Court in an unrelated matter. That is why Petitioners offered to agree to a modified briefing schedule under which:

- the Acting Director's and Cerence Operating Co.'s due dates would be extended two weeks, until September 16; and

- Petitioners' reply would be extended one week from the service of the last filed response, presumably until September 26.

Under that schedule, briefing would be completed a full week before the Acting Director's proposed due date for its own response. Should this Court decide that the Acting Director's need for more review time justifies some extension, Petitioners respectfully request that this Court extend the due dates for all parties as outlined above.

Respectfully submitted,

Perkins Coie LLP

/s/Nathan K. Kelley
Nathan K. Kelley

*Counsel for Petitioner Google LLC*

Arnold & Porter Kaye Scholer LLP

/s/Ali R. Sharifahmadian
Ali R. Sharifahmadian

*Counsel for Petitioners Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

**Certificate of Compliance with Type–Volume Limitation**

This response complies with the relevant type–volume limitations of the Federal Rules of Appellate Procedure and the Federal Circuit Rules because it has been prepared using a proportionally spaced 14-point typeface and includes 471 words, excluding the portions exempted by rule.

Dated: August 25, 2025 /s/Nathan K. Kelley
Nathan K. Kelley

**Certificate of Authority**

I certify that I have the authority of Ali R. Sharifahmadian to file this document with his electronic signature.

Dated: August 25, 2025 /s/Nathan K. Kelley
Nathan K. Kelley